```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/28/2015
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
: 
INTELLECTUAL PROPERTY WATCH and : 13 Civ. 8955 (ER)
WILLIAM NEW, :
: ECF Case
Plaintiffs, :
:
v. : ~~PROPOSED~~ ORDER
:
UNITED STATES TRADE REPRESENTATIVE, :
:
Defendant. :
------------------------------------------------------------ x

The following schedule shall apply to the summary judgment motions filed by plaintiffs Intellectual Property Watch and William New ("Plaintiffs") and defendant the United States Trade Representative (the "Government"):

1. The Government's reply in support of its summary judgment motion and opposition to Plaintiffs' cross-motion shall be due by February 17, 2015.

2. Plaintiffs' reply in support of Plaintiffs' cross-motion shall be due by March 12, 2015.

SO ORDERED.

_____  1/28/2015
THE HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE